IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BELDEN TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 08-823-SLR |
| | ) | |
| LS CORP., LS CABLE LTD. and | ) | |
| LS CABLE AMERICA, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on September 11, 2009, copies of **(1)** LS Cable America, Inc.'s Responses and Objections to Plaintiff's First Set of Requests for the Production of Documents and Things Regarding Personal Jurisdiction Issues Only; **(2)** LS Cable America, Inc.'s Responses and Objections to Plaintiff's First Set of Requests for Admission Regarding Personal Jurisdiction Issues Only; and **(3)** LS Cable America, Inc.'s Responses and Objections to Plaintiff's First Set of Interrogatories Regarding Personal Jurisdiction Issues Only were served upon the following counsel of record at the addresses and in the manner indicated:

**BY HAND DELIVERY**

John W. Shaw
Karen E. Keller
Adam Wyatt Poff
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

Matthew B. Lowrie
Robert J. Silverman
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA 02199-7601

Of Counsel:

Brian M. Poissant
Yeah-Sil Moon
JONES DAY
222 E. 41st Street
New York, New York 10017
(212) 326-3939


Dated:   September 11, 2009

/s/ Anne Shea Gaza
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Defendants LS Cable Ltd.
and LS Cable America, Inc.*

-2-

RLF1-3432411-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2009, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND DELIVERY:

John W. Shaw
Karen E. Keller
Adam Wyatt Poff
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801

### BY E-MAIL:

Matthew B. Lowrie
Robert J. Silverman
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA  02199-7601

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)